**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of Arbitration between | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE | ) | |
| COMPANY and AMERICAN ZURICH | ) | Case No. |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRENDSETTER HR, LLC, TSL STAFF | ) | |
| LEASING, INC. and TREND PERSONNEL | ) | |
| SERVICES, INC., | ) | |
| | | |
| Respondents. | | |

## MOTION TO ADJUDICATE PETITION TO COMPEL ARBITRATION

Petitioners Zurich American Insurance Company and  American Zurich Insurance

Company (collectively, "Zurich"), by and through their counsel, Locke Lord LLP, move to

compel arbitration of all disputes between Zurich and Respondents Trendsetter HR, LLC,  TSL

Staff Leasing, Inc. and Trend Personnel Services, Inc. (collectively, "Respondents") pursuant to

Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, on the grounds that Zurich and

Respondents agreed to arbitrate disputes such as the dispute that is referenced in Zurich's

Petition to Compel Arbitration.  In support, Zurich refers the Court to its Memorandum in

Support of Motion to Adjudicate Petition to Compel Arbitration.

**WHEREFORE**, Zurich request that their Motion to Adjudicate Petition to Compel

Arbitration be granted as set forth herein.

Dated: October 1, 2015                          Respectfully submitted by,
                                                Zurich American Insurance Company
                                                and American Zurich Insurance Company

By: s/ Matthew T. Furton
One of its attorneys

Matthew T. Furton (ARDC #6229285)
Alyssa Falk (admission pending)
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
312.443.0700
mfurton@lockelord.com