# **EXHIBIT 9**



Central Case Management Center
Harry Hernandez
Director
13727 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 702-8222
Fax: (855) 267-4082

September 28, 2015

Matthew T. Furton, Esq.
Locke Lord, LLP
111 South Wacker Drive
Chicago, IL 60606
Via Email to: mfurton@lockelord.com

Shelly Skeen
BFS Law Group
111 West Spring Valley Road
Richardson, TX 75081
Via Fax to: (214)373-7783

Case Number: 01-15-0004-0291

Zurich American Insurance Company and
American Zurich Insurance Company
-vs-
Trendsetter HR, LLC, TSL Staff Leasing, Inc., and
Trend Personnel Services, Inc.

Dear Parties:

This will acknowledge receipt of a copy of a Temporary Restraining Order dated September 24, 2015, staying the above-captioned matter. Pursuant to the order, the AAA will suspend further administration of this matter until further notice. The parties are requested to advise the AAA the outcome of the presently pending court proceedings.

If you have any questions, do not hesitate to contact me.

Sincerely,

Chelsey D Gaida
Manager of ADR Services
Direct Dial: (888) 774-6920
Email: ChelseyGaida@adr.org
Fax: (855) 267-4082

cc: Richard Faulkner, Via Email Only
    Trechelle Andersen, Via Email Only