IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Zurich American Ins. Company, et al ,

Plaintiff(s),

v.

Trendsetter HR, et al ,

Defendant(s).

Case No. 15 C 8696
Judge Harry D. Leinenweber

### ORDER

The Motions of Shelly L. Skeen and Richard D. Faulkner for leave to appear pro hac vice on behalf of defendants, are granted.

Date: 10/5/2015

Harry D. Leinenweber
United States District Judge